IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-8-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| GARY JACKSON, | ) | JOINT MOTION TO |
| WILLIAM WHEELER MATHEWS, JR., | ) | FILE JOINTLY-REVIEWED |
| ANDREW HOWELL, | ) | PROPOSED PROTECTIVE |
| RONALD SLEZAK, | ) | ORDER BY JUNE 25, 2010 |
| ANA BUNDY, | ) | |
| | ) | |
| Defendants. | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this motion, with the defendants joining, to allow the parties to file a jointly-reviewed protective order by June 25, 2010.

The United States has prepared a draft protective order and that draft order has been reviewed by the Court Security Officer. Counsel for the defendants have received a copy of this draft order and are continuing to review it amongst themselves. The parties seek a one-week extension of the deadline to submit a jointly-reviewed protective order so that the parties can continue to work together on this issue and resolve as much disagreement between the parties as possible regarding the content of this order. This plan would help to minimize, or even possibly eliminate, litigation on this issue.

1

Further, because sensitive and/or classified discovery will not be produced for some time under the adopted scheduling order, this plan will cause no delay in the discovery production schedule.

Respectfully submitted this 18th day of June, 2010.

        GEORGE HOLDING
        United States Attorney

By: /s/ John S. Bowler
     JOHN S. BOWLER
     Assistant U.S. Attorney
     310 New Bern Avenue, Suite 800
     Raleigh, NC 27601
     Telephone: 919-856-4530
     Fax: 919-856-4487
     Email: john.s.bowler@usdoj.gov
     State Bar No. 18825

/s/ Jason H. Cowley
JASON H. COWLEY
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: Jason.Cowley@usdoj.gov
State Bar No. 32636

CERTIFICATE OF SERVICE

This is to certify that I have this 18th day of June, 2010, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

**Defendant Jackson:**

Kenneth D. Bell
Jonathan A. Vogel
McGuire Woods LLP
100 North Tryon Street
Suite 2900
Bank of America Corporate Center
Charlotte , NC 28202-4011

**Defendant Matthews:**

James R. Sweeney
Jason R. Barclay
Larry A. Mackey
Barnes & Thornburg LLP
11 South Meridian St.
Indianapolis , IN 46204

**Defendant Howell:**

Stephen W. Petersen
Smith Moore Leatherwood LLP
P. O. Box 27525
Raleigh , NC 27611

**Defendant Slezak:**

Patrick M. Woodward
Woodward Law Group
1783 Forest Drive #330
Annapolis, MD 21401

Brian L. Whisler
Baker & McKenzie
815 Connecticut Ave., NW, FL 9
Washington, DC 20006

**Defendant Bundy:**

Gregory L. Poe
Law Offices of Gregory L. Poe PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036

Reita P. Pendry
P. O. Box 5432
Charlotte, NC 28299

3

Case 2:10-cr-00008-FL   Document 45   Filed 06/18/10   Page 3 of 3