IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-8-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NOTICE OF |
| v. | ) DISCOVERY PRODUCTION |
| | ) |
| GARY JACKSON, et. al. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby gives notice to the Court of the Government's most recent voluntary production of discovery, consisting of some 280,000 pages of documents. In reference to this Notice, the Government shows unto the Court the following:

1. The Government had previously produced in excess of 6,000 pages of discovery which it believed was most pertinent to the Indicted charges. The Court set Monday, June 12, 2010, as the next discovery production deadline.

2. On June 12, 2010, in accordance with the Court's Order, the Government produced three DVDs containing the equivalent of some 220,000 pages of discovery. All defendants were sent copies of the production. The DVDs are in a fully searchable PDF format and contain an Index with which to navigate the material. In the letter which accompanies this production, among other points relevant to the discovery process, the Government offered to provide access for review of some additional 40 banker boxes of

1

material.  Much of this material is financial documents and other material gathered during the phases of the investigation which focused largely on other activities essentially unrelated to the current Indictment.  The Government does not perceive this material as relevant to the charged conduct but has invited the defendants to review it from their own adversarial perspective.

3.  In this letter the Government noted that there was a much smaller quantity of material which had come into its possession more recently and was still in the process of being reviewed for any necessary victim-witness redaction.  The review process is now complete, the material has been copied onto two additional DVDs and will be mailed out this week.  This supplemental production is comprised of approximately 3,500 pages and 20 Excel spread sheets.

4.  The Government also noted in this letter that it was investigating the possibility that some of the agents assigned to this investigation may have kept some files or copies of files at their individual offices rather than the central repository used for the great bulk of the material.  The Government will report back on this and take whatever steps necessary to comply with its discovery obligations.

5.  The Government recognizes its on-going discovery obligations and by this production hopes to evidence its determination to provide discovery in as comprehensive and rapid a manner as is feasible.

6.  In the letter, which accompanied the production on July 12, the Government also provided specific answers to the 29 particularized demands made by Mr. Bell who had been designated by the Court as liaison on discovery.  The Government denied the majority of these demands believing they were either irrelevant or required the Government to create a work product for use by the defense which exceeded the legitimate bounds of the discovery process.  However, the Government also noted that many of the demands were addressed to some lesser or greater extent in the material being produced.  The Government does not believe there should be further litigation as to these demands until the defense has had an opportunity to digest the discovery already produced and/or made available for review.

Respectfully submitted this 15th  day of July, 2010.

        GEORGE E. B. HOLDING
        United States Attorney

        /s/ John S. Bowler
        JOHN S. BOWLER
        Assistant U.S. Attorney
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        Email: john.s.bowler@usdoj.gov
        State Bar No. 18825

        /s/ Jason H. Cowley
        JASON H. COWLEY
        Assistant U.S. Attorney
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        E-mail: Jason.Cowley@usdoj.gov
        State Bar No. 32636

CERTIFICATE OF SERVICE

A copy of the foregoing is served upon all defendants on this 15th day of July, 2010, by electronic filing.

>GEORGE E. B. HOLDING
>United States Attorney
>
>    /s/ John S. Bowler
>BY: JOHN S. BOWLER
>Assistant United States Attorney
>Criminal Division
>310 New Bern Avenue, Suite 800
>Raleigh NC 27601
>Telephone: (919) 856-4530
>Fax: (919) 856-4828
>Email: John.S.Bowler@usdoj.gov
>State Bar: NC 18825